**LABOR**

| Date | Task | Hours | Rate | Fee |
|---|---|---|---|---|
| 9/6/2019 | Phone call with client about new complaint, meeting, and next steps | 0.75 | $ 919.00 | $ 689.25 |
| 9/6/2019 | Review file and draft and file due process complaint | 0.75 | $ 919.00 | $ 689.25 |
| 9/10/2019 | Review changes to Standard Operating Procedures for possible expedited hearing or summary judgme | 0.75 | $ 919.00 | $ 689.25 |
| 9/17/2019 | Review file in preparation for settlement meeting | 0.5 | $ 919.00 | NC |
| 9/17/2019 | Settlement meeting | 0.25 | $ 919.00 | NC |
| 9/17/2019 | Travel to/from settlement meeting | 1.25 | $ 459.50 | NC |
| 9/17/2019 | Draft summary judgment motion | 2.25 | $ 919.00 | $ 2,067.75 |
| 9/17/2019 | Draft client statement for summary judgment motion | 1 | $ 919.00 | $ 919.00 |
| 9/27/2019 | Review opposing counsel emails and respond to same | 0.5 | $ 919.00 | $ 459.50 |
| 10/9/2019 | Arrange for transcription of meeting recording | 0.75 | $ 919.00 | $ 689.25 |
| 10/17/2019 | Review file in preparation for prehearing conference | 0.5 | $ 919.00 | $ 459.50 |
| 10/17/2019 | Prehearing conference | 0.5 | $ 919.00 | $ 459.50 |
| 10/21/2019 | Email DCPS re DCPS producing witnesses | 0.5 | $ 919.00 | $ 459.50 |
| 10/23/2019 | Prepare and file Request for Notices to Appear and notices | 1.5 | $ 919.00 | $ 1,378.50 |
| 10/23/2019 | Arrange for transcription of meeting recordings | 0.5 | $ 919.00 | $ 459.50 |
| 10/23/2019 | Review file and draft request for documents | 0.5 | $ 919.00 | $ 459.50 |
| 10/24/2019 | Phone call with client re recent DCPS communication and coming hearing | 1.25 | $ 919.00 | $ 1,148.75 |
| 10/28/2019 | Review transcripts of IEP meeting and resolution session | 3 | $ 919.00 | $ 2,757.00 |
| 10/28/2019 | Serve Notices to Appear | 0.5 | $ 919.00 | $ 459.50 |
| 10/29/2019 | Review email record and compile emails for disclosures | 4 | $ 919.00 | $ 3,676.00 |
| 10/29/2019 | Review files and compile disclosures | 2.5 | $ 919.00 | $ 2,297.50 |
| 10/30/2019 | Email to opposing counsel re failure to produce requested documents | 0.25 | $ 919.00 | $ 229.75 |
| 10/30/2019 | Review file produced by DCPS | 2 | $ 919.00 | $ 1,838.00 |
| 10/30/2019 | Phone call with client re recent contact from various schools | 1 | $ 919.00 | $ 919.00 |
| 10/30/2019 | Serve Notice to Appear | 0.25 | $ 919.00 | $ 229.75 |
| 10/30/2019 | Review and annotate prehearing order | 0.5 | $ 919.00 | $ 459.50 |
| 10/30/2019 | Review files and compile disclosures | 1 | $ 919.00 | $ 919.00 |
| 10/30/2019 | Multiple emails with Foundation School | 0.75 | $ 919.00 | $ 689.25 |
| 10/30/2019 | Email to Hearing Officer summarizing main points in pending opposition to DCPS motions to consolida | 1 | $ 919.00 | $ 919.00 |
| 10/30/2019 | Format, file, and serve all disclosures | 3.5 | $ 919.00 | $ 3,216.50 |
| 10/31/2019 | Research and draft opposition to motions to consolidate and continue | 3.5 | $ 919.00 | $ 3,216.50 |
| 11/1/2019 | Draft and edit opposition to motions to consolidate and continue | 2.5 | $ 919.00 | $ 2,297.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/4/2019 | Supervise disclosure printing and binding | 0.5 | $919.00 | $459.50 |
| 11/4/2019 | Review and annotate DCPS disclosures | 6.5 | $919.00 | $5,973.50 |
| 11/4/2019 | Phone calls with client re patient privilege issue | 1 | $919.00 | $919.00 |
| 11/4/2019 | Phone call with client and doctor re privilege issue | 0.5 | $919.00 | $459.50 |
| 11/4/2019 | Phone call with client re testimony prep | 1.5 | $919.00 | $1,378.50 |
| 11/4/2019 | Draft and file disclosure objections | 1.5 | $919.00 | $1,378.50 |
| 11/5/2019 | Review file and draft opening and closing arguments | 3 | $919.00 | $2,757.00 |
| 11/5/2019 | Review file and draft witness outlines | 1 | $919.00 | $919.00 |
| 11/5/2019 | Research and draft hearing legal arguments | 3 | $919.00 | $2,757.00 |
| 11/5/2019 | Review file and draft outlines of possible cross-examination | 3.5 | $919.00 | $3,216.50 |
| 11/5/2019 | Prepare exhibit guide for hearing | 1.5 | $919.00 | $1,378.50 |
| 11/6/2019 | Prepare all documents and materials for hearing | 1 | $919.00 | $919.00 |
| 11/6/2019 | Travel to/from hearing | 2 | $459.50 | $919.00 |
| 11/6/2019 | Final file review in preparation for hearing | 1 | $919.00 | $919.00 |
| 11/6/2019 | Hearing, including wait for hearing officer to arrive | 3 | $919.00 | $2,757.00 |
| 11/6/2019 | Meeting with client after first day of hearing to discuss events and testimony | 1 | $919.00 | $919.00 |
| 11/7/2019 | Review notes in preparation for hearing | 0.75 | $919.00 | $689.25 |
| 11/7/2019 | Hearing | 9 | $919.00 | $8,271.00 |
| 11/7/2019 | Meeting with client after hearing to review | 0.5 | $919.00 | $459.50 |
| 11/7/2019 | Travel to/from hearing | 2 | $459.50 | $919.00 |
| 11/12/2019 | Phone call from client re recent school contacts | 0.75 | $919.00 | $689.25 |
| 11/12/2019 | Emails with proposed private school | 0.75 | $919.00 | $689.25 |
| 11/20/2019 | Review HOD and consider appeal options | 2.5 | $919.00 | $2,297.50 |
| 11/20/2019 | Phone call with client regarding HOD and next steps | 1 | $919.00 | $919.00 |
| 11/24/2019 | Plan preliminary injunction motion | 1.5 | $919.00 | $1,378.50 |
| 11/25/2019 | Email to opposing counsel re changing summary judgment motion schedule in light of imminent prelim | 0.5 | $919.00 | $459.50 |
| 11/25/2019 | Outline and draft preliminary injunction motion | 2.5 | $919.00 | $2,297.50 |
| 11/26/2019 | Draft motion to modify summary judgment filing schedule | 1.25 | $919.00 | $1,148.75 |
| 11/26/2019 | Draft amended complaint and motion to amend complaint | 0.75 | $919.00 | $689.25 |
| 11/26/2019 | Research High Roads school after it contacted client | 1.25 | $919.00 | $1,148.75 |
| 11/26/2019 | Review client email re High Roads and draft response for client to send | 0.5 | $919.00 | $459.50 |
| 11/26/2019 | Draft motion for preliminary injunction | 1 | $919.00 | $919.00 |
| 12/3/2019 | Research and draft preliminary injunction motion | 2 | $919.00 | $1,838.00 |
| 12/4/2019 | Research and draft preliminary injunction motion | 4 | $919.00 | $3,676.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/5/2019 | Research and draft preliminary injunction motion | 2.5 | $919.00 | $2,297.50 |
| 12/5/2019 | Prepare and format preliminary injunction motion exhibits | 1.5 | $919.00 | $1,378.50 |
| 12/5/2019 | Phone call with opposing counsel re scheduling preliminary injunction proceedings | 0.25 | $919.00 | $229.75 |
| 12/9/2019 | Review District's motion to enlarge time for PI opposition and draft response to same | 0.5 | $919.00 | $459.50 |
| 12/10/2019 | Edit language regarding consent to District's motion for enlargment and email to opposing counsel | 0.25 | $919.00 | $229.75 |
| 12/10/2019 | Review DCPS letter of interim placement and respond to same | 0.75 | $919.00 | $689.25 |
| 12/10/2019 | Phone call with client regarding recent communications from DCPS and private schools | 0.5 | $919.00 | $459.50 |
| 12/12/2019 | Review and annotate District's opposition to preliminary injunction motion | 1.5 | $919.00 | $1,378.50 |
| 12/13/2019 | Phone call with client re federal court proceedings | 0.5 | $919.00 | $459.50 |
| 12/13/2019 | Outline preliminary judgment reply | 2 | $919.00 | $1,838.00 |
| 12/14/2019 | Research and draft preliminary injunction reply | 4 | $919.00 | $3,676.00 |
| 12/15/2019 | Research and draft preliminary injunction reply | 10 | $919.00 | $9,190.00 |
| 12/15/2019 | Draft client verified statement for preliminary injunction reply | 0.75 | $919.00 | $689.25 |
| 12/15/2019 | Emails with client re verified statement | 0.5 | $919.00 | $459.50 |
| 12/15/2019 | Prepare preliminary injunction reply exhibits | 0.5 | $919.00 | $459.50 |
| 12/15/2019 | Format and file preliminary injunction reply and exhibits | 0.5 | $919.00 | $459.50 |
| 12/22/2019 | Review file and prepare outlines for preliminary injunction hearing | 3.5 | $919.00 | $3,216.50 |
| 12/23/2019 | Prepare all documents for preliminary injunction hearing | 1 | $919.00 | $919.00 |
| 12/23/2019 | Preliminary injunction hearing | 1 | $919.00 | $919.00 |
| 12/23/2019 | Travel to/from preliminary injunction hearing | 2 | $459.50 | $919.00 |
| 12/23/2019 | Meet with client to debrief after hearing and to discuss next steps | 1 | $919.00 | $919.00 |
| 12/24/2019 | Review multiple emails from client | 0.5 | $919.00 | $459.50 |
| 12/26/2019 | Phone call with client re outstanding possible placements and next steps | 0.75 | $919.00 | $689.25 |
| 12/26/2019 | Email to Garrison re client visiting school | 0.5 | $919.00 | $459.50 |
| 12/26/2019 | Review emails forwarded from client regarding Garrison and respond to client | 0.75 | $919.00 | $689.25 |
| 12/26/2019 | Email to both opposing counsel re need for record and likely new schedule | 0.25 | $919.00 | $229.75 |
| 1/2/2020 | Review emails forwarded from client regarding schools and respond to client | 0.5 | $919.00 | $459.50 |
| 1/6/2020 | Draft and file motion for briefing schedule | 1 | $919.00 | $919.00 |
| 1/7/2020 | Review emails re schools forwarded by client and respond to client | 0.75 | $919.00 | $689.25 |
| 1/8/2020 | Review District's opposition to motion for briefing schedule and court's resolution | 0.75 | $919.00 | $689.25 |
| 1/8/2020 | Phone call with opposing counsel re scheduling and related issues | 0.5 | $919.00 | $459.50 |
| 1/10/2020 | Email to compensatory education evluator about possible evaluation | 0.25 | $919.00 | $229.75 |
| 1/10/2020 | Phone call from client re DCPS employee interference with school observation | 0.25 | $919.00 | $229.75 |
| 1/10/2020 | Email to DCPS and District lawyers regarding DCPS employee interference with school observation | 0.25 | $919.00 | $229.75 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/14/2020 | Review client notes of Garrison observations | 0.5 | $919.00 | $459.50 |
| 1/14/2020 | Prepare request for hearing transcript | 0.5 | $919.00 | $459.50 |
| 1/15/2020 | Phone call from client about Garrison, possibilities with The Lab School, and next litigation steps | 0.5 | $919.00 | $459.50 |
| 1/15/2020 | Email exchange with court reporter re preliminary injunction hearing transcript | 0.25 | $919.00 | $229.75 |
| 1/16/2020 | Review email from High Road forwarded by client and respond to client | 0.5 | $919.00 | $459.50 |
| 1/16/2020 | Draft email to DCPS re best method for communications from schools | 0.25 | $919.00 | $229.75 |
| 1/16/2020 | Review clients' audio recordings of Garrison observation | 1 | $919.00 | $919.00 |
| 1/16/2020 | Multiple emails with client re school communications | 0.5 | $919.00 | $459.50 |
| 1/16/2020 | Emails with potential compensatory education evaluator | 0.25 | $919.00 | $229.75 |
| 1/21/2020 | Review forwarded school emails and exchange emails with client re same | 0.5 | $919.00 | $459.50 |
| 1/23/2020 | Review forwarded school emails and exchange emails with client re same | 0.25 | $919.00 | $229.75 |
| 1/24/2020 | Review forwarded school emails and exchange emails with client re same | 0.5 | $919.00 | $459.50 |
| 1/29/2020 | Review email and prior notices from DCPS | 0.5 | $919.00 | $459.50 |
| 1/29/2020 | Review older emails for background facts | 0.75 | $919.00 | $689.25 |
| 1/29/2020 | Email to client regarding school communications | 0.25 | $919.00 | $229.75 |
| 1/29/2020 | Respond to DCPS email with prior notices | 0.5 | $919.00 | $459.50 |
| 1/30/2020 | Emails with compensatory education expert re ordered evaluation | 0.75 | $919.00 | $689.25 |
| 2/6/2020 | Emails with client re hearing and placement issues | 0.75 | $919.00 | $689.25 |
| 2/14/2020 | Phone call with compensatory education evaluator re report needed | 0.25 | $919.00 | $229.75 |
| 3/2/2020 | Emails with DCPS regarding their questions about compensatory education evaluation | 0.25 | $919.00 | $229.75 |
| 3/7/2020 | Review and annotate record - time cut by two thirds | 1.666667 | $919.00 | $1,531.67 |
| 3/8/2020 | Review record and outline summary judgment motion - time cut by two thirds | 1 | $919.00 | $919.00 |
| 3/11/2020 | Research and draft summary judgment motion - time cut by two thirds | 3.666667 | $919.00 | $3,369.67 |
| 3/12/2020 | Research and draft summary judgment motion - time cut by two thirds | 4.666667 | $919.00 | $4,288.67 |
| 3/12/2020 | Draft and file motion for extension - no charge - time cut by two thirds | 0.166667 | $919.00 | NC |
| 3/13/2020 | Review record for all additional fact citations - time cut by two thirds | 0.666667 | $919.00 | $612.67 |
| 3/13/2020 | Draft and file notice of District's consent - no charge - time cut by two thirds | 0.083333 | $919.00 | NC |
| 3/15/2020 | Review record for all additional fact citations - time cut by two thirds | 0.5 | $919.00 | $459.50 |
| 3/16/2020 | Final edit of summary judgment motion - time cut by two thirds | 0.333333 | $919.00 | $306.33 |
| 3/16/2020 | Format and file all summary judgment documents - time cut by two thirds | 0.166667 | $919.00 | $153.17 |
| 3/20/2020 | Review email from client re education during quarantine and respond to same | 0.5 | $919.00 | $459.50 |
| 3/24/2020 | Emails with compensatory education evaluator re evaluation and student file | 0.5 | $919.00 | $459.50 |
| 4/3/2020 | Emails with DCPS counsel re DCPS questions about compensatory education evaluation | 0.25 | $919.00 | $229.75 |
| 4/7/2020 | Review draft compensatory education evaluation and multiple emails from evaluator and draft length | 2.5 | $919.00 | $2,297.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/15/2020 | Review multiple emails from clients regarding distance learning and related issues and respond to sam | 0.5 | $ 919.00 | $ 459.50 |
| 4/17/2020 | Review multiple emails from client and respond to same | 0.75 | $ 919.00 | $ 689.25 |
| 4/17/2020 | Email DCPS regarding distance learning | 0.25 | $ 919.00 | $ 229.75 |
| 4/21/2020 | Emails with client re requirements of reimbursement for private services | 0.5 | $ 919.00 | $ 459.50 |
| 5/4/2020 | Review emails between DCPS and parent regarding available schools and remote learning, review pas | 1 | $ 919.00 | $ 919.00 |
| 5/14/2020 | Emails with client and DCPS re distance learning options | 0.5 | $ 919.00 | $ 459.50 |
| 5/15/2020 | Phone call with client re distance learning, new IEP, and placement over the summer and next year | 1.25 | $ 919.00 | $ 1,148.75 |
| 5/18/2020 | Emails with client and DCPS re distance learning options | 0.25 | $ 919.00 | $ 229.75 |
| 5/19/2020 | Emails with client and DCPS re distance learning through Garrison | 0.5 | $ 919.00 | $ 459.50 |
| 5/21/2020 | Phone call with co-counsel re strategy going forward | 0.75 | $ 919.00 | $ 689.25 |
| 5/22/2020 | Review several emails from DCPS and client, respond to same | 0.75 | $ 919.00 | $ 689.25 |
| 5/26/2020 | Review compensatory education evaluation draft and respond with comments | 1.5 | $ 919.00 | $ 1,378.50 |
| 5/26/2020 | Initial quick review of District's summary judgment opposition and cross-motion - time cut by two thir | 0.166667 | $ 919.00 | $ 153.17 |
| 6/1/2020 | Multiple emails with clients addressing distance learning and schooling going forward | 0.5 | $ 919.00 | $ 459.50 |
| 6/6/2020 | Phone call with client re distance learning and keeping evidence | 0.5 | $ 919.00 | $ 459.50 |
| 6/6/2020 | Review and annotate District's summary judgment opposition and cross-motion - time cut by two thir | 1 | $ 919.00 | $ 919.00 |
| 6/6/2020 | Outline summary judgment reply and opposition - time cut by two thirds | 0.5 | $ 919.00 | $ 459.50 |
| 6/7/2020 | Research and draft summary judgment reply and opposition - time cut by two thirds | 1.666667 | $ 919.00 | $ 1,531.67 |
| 6/8/2020 | Research summary judgment reply and opposition - time cut by two thirds | 2 | $ 919.00 | $ 1,838.00 |
| 6/9/2020 | Emails with evaluator and DCPS re final compensatory education evaluation | 0.25 | $ 919.00 | $ 229.75 |
| 6/9/2020 | Research summary judgment reply and opposition - time cut by two thirds | 2.333333 | $ 919.00 | $ 2,144.33 |
| 6/10/2020 | Emails with client re recent DCPS correspondence re ESY school | 0.5 | $ 919.00 | $ 459.50 |
| 6/10/2020 | Research and draft summary judgment reply and opposition - time cut by two thirds | 2.666667 | $ 919.00 | $ 2,450.67 |
| 6/11/2020 | Research and draft summary judgment reply and opposition - time cut by two thirds | 4 | $ 919.00 | $ 3,676.00 |
| 6/11/2020 | Edit summary judgment reply and opposition - time cut by two thirds | 0.5 | $ 919.00 | $ 459.50 |
| 6/11/2020 | Format and file summary judgment reply and opposition - time cut by two thirds | 0.166667 | $ 919.00 | $ 153.17 |
| 6/15/2020 | Review DCPS authorization letter and forward to client with notes | 0.5 | $ 919.00 | $ 459.50 |
| 6/19/2020 | Emails with client re providers of compensatory education authorized by DCPS | 0.5 | $ 919.00 | $ 459.50 |
| 6/22/2020 | Emails with client re providers of compensatory education authorized by DCPS | 0.5 | $ 919.00 | $ 459.50 |
| 7/1/2020 | Review District's Reply - time cut by two thirds | 0.333333 | $ 919.00 | $ 306.33 |
| 7/6/2020 | Phone call with client re status of temporary placement, plans for the fall, necessary DCPS communica | 1 | $ 919.00 | $ 919.00 |
| 7/9/2020 | Research Garrison teacher qualifications | 0.25 | $ 919.00 | $ 229.75 |
| 7/9/2020 | Draft email for client re Garrison teachers | 0.25 | $ 919.00 | $ 229.75 |
| 9/18/2020 | Draft email to DCPS re problems with DCPS compensatory education offer | 0.5 | $ 919.00 | $ 459.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/2/2020 | Review and annotate summary judgment opinion and order | 1.5 | $919.00 | $1,378.50 |
| 10/2/2020 | Phone call with client reviewing summary judgment decision and next steps | 0.75 | $919.00 | $689.25 |
| 10/27/2020 | Email to client re DCPS school referrals and re compensatory education related orders and authorizati | 1 | $919.00 | $919.00 |
| 2/9/2021 | Emails with compensatory education expert re evaluation | 0.25 | $919.00 | $229.75 |
| 3/4/2021 | Review draft compensatory education evaluation and questions from evaluator and respond to same | 1.5 | $919.00 | $1,378.50 |
| 3/4/2021 | Emails with compensatory education evaluator and client re additional information | 0.25 | $919.00 | $229.75 |
| 3/11/2021 | Review final compensatory education evaluation | 0.5 | $919.00 | $459.50 |
| 5/6/2021 | Review recent compensatory education authorization, compare to evaluator recommendations and r | 1 | $919.00 | $919.00 |
| 9/30/2021 | Review new compensatory education authorizations and compare to evaluations and to original lette | 0.5 | $919.00 | $459.50 |
| 9/30/2021 | Phone call with client regarding possibilities for compensatory education provision | 0.5 | $919.00 | $459.50 |
| 10/5/2021 | Emails with client re comp ed options | 0.25 | $919.00 | $229.75 |
| 10/19/2021 | Phone call with both clients re details of compensatory education evaluation results, DCPS comp ed o | 1.5 | $919.00 | $1,378.50 |
| 1/3/2022 | Review new DCPS compensatory education offer letters | 0.5 | $919.00 | $459.50 |
| 1/3/2022 | Phone call with clients re new DCPS compensatory education offers | 0.5 | $919.00 | $459.50 |
| 1/7/2022 | Final review of new DCPS compensatory education offer letters, including checking billing requiremen | 0.75 | $919.00 | $689.25 |
| 1/7/2022 | Communications with client re final decision on DCPS's most recent compensatory education offer | 0.25 | $919.00 | $229.75 |
| 2/1/2022 | Emails to clients and provider re independent compensatory education provision | 0.25 | $919.00 | $229.75 |
| 3/14/2022 | Edit and format work itemization | 2 | $919.00 | $1,838.00 |
| 3/15/2022 | Prepare exhibits for fees motion | 1 | $920.00 | $920.00 |
| 3/15/2022 | Draft motion for fees and costs | 3.75 | $921.00 | $3,453.75 |
| **TOTAL LABOR** | | 220 | | **$197,363.75** |

**EXPENSES**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/28/2019 | Transcription of July IEP meeting and September resolution session | | | $678.50 |
| 10/30/2019 | Courier for documents at DCPS | | | $62.00 |
| 11/4/2019 | Disclosure printing and binding | | | $168.35 |
| 11/6/2019 | Parking for hearing | | | $12.00 |
| 11/7/2019 | Parking for hearing | | | $15.00 |
| 12/23/2019 | Parking for preliminary injunction hearing | | | $20.00 |
| 2/12/2020 | Deposit for transcript of preliminary injunction hearing | | | $100.00 |
| 3/31/2020 | Transcript of preliminary injunction hearing - and add original $100 deposit | | | $97.10 |
| **TOTAL EXPENSES** | | | | **$1,152.95** |

**GRAND TOTAL** — **$198,516.70**