IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA JOAQUIN, | ) |
| Plaintiff, | ) |
| v. | ) 21-cv-1845 (RCL) |
| DISTRICT OF COLUMBIA | ) |
| Defendant. | ) |

## DECLARATION OF CHARLES A. SIBERT, ESQ.

I, Charles Alexander Sibert, being of legal age, hereby declare and state:

1. I am over 18 years old and suffer from no legal disability that would prevent me from giving testimony. All statements contained in this declaration are made upon my personal knowledge.

2. I am an attorney duly admitted to practice law in the District of Columbia and I submit this Declaration to establish my rate of attorneys' fees.

3. I earned a Juris Doctor degree from American University Washington College of Law in May of 2016, and was admitted to practice law in Michigan on June 2, 2017.

4. Shortly after my admission to practice in Michigan, I applied for admission to the D.C. bar and practiced law under the supervision of D.C. attorneys Charles Moran and Stevie Nabors pursuant to D.C. Court of Appeals Rule 49(c)(8).

5. On February 5, 2018, I was admitted to practice law in the District of Columbia.

6. My practice has been dedicated to advocating for the rights of parents of children with disabilities pursuant to the Individuals with Disabilities Education Act.

7. I have been working with Moran & Associates since August 2016. Since August 2016,

nearly all of work for the firm has been in special education advocacy and litigation within the District of Columbia.

8. With Moran & Associates, I have successfully represented parents in over 65 cases to enforce the rights of children with disabilities and their parents under the Individuals with Disabilities Education Act.

9. I have represented clients in litigation or assisted in litigation at all levels of IDEA representation in the District including at administrative due process hearings, appeals to federal district court, and further appeals to the D.C. Circuit. I have also been appointed by D.C. Superior Court judges as an educational advocate.

10. I am an active member of the IDEA parent's bar in the District of Columbia and participate in monthly meetings to discuss special education law matters and developments in the District.

11. Attorneys in the District often refer cases to me including attorneys at Advocates for Justice in Education and Children's Law Center.

12. I have also been asked by the parents' bar to discuss particular issues of special education law including cases I have successfully litigated.

13. Professors of Georgetown University's Law Clinic have asked me to talk to students who are representing parents in IDEA matters. The discussions often involve both the peculiarities of IDEA litigation and strategy, but also information and know-how I have learned about special education administration in the District.

14. Since 2016, I have always billed my time at updated *Laffey* rates.

15. Before the D.C. Circuit's decision in *D.L.*, Moran & Associates always billed my time at the rates provided in the USAO's attorneys fee matrix. However, after the Circuit found

in *D.L.* that the USAO matrix is unreliable, the firm has billed my time at rates in line with the LSI *Laffey* matrix. *D.L. v. District of Columbia*, 924 F.3d 585 (D.C. Cir. 2019).

16. The firm currently bills my time at $468 per hour for the 2021-22 year[1] (4-7 years' experience).

17. I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.

_____   Executed on January 13, 2022

Charles A. Sibert Esq. [1510808]

---

[1] The attorney fee matrices (USAO and LSI) start June 1 of a given year and end on May 31 the following year.