IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Hawkins, *et al.*  )
 )
 )
v. ) Case Nos. 2010 SC3 6862, etc.
 ) Judge Stephanie Duncan-Peters
District of Columbia )
 )

## DECLARATION OF DR. MICHAEL KAVANAUGH

I, Michael Kavanaugh, affirm and declare the following:

1. My name is Michael Kavanaugh. I am an economist in private practice in Volcano, Hawaii.

2. I earned a Ph.D. in economics at the University of Cincinnati (1975) and a BA in economics at Xavier University (1970). I taught economics at the University of Cincinnati and at Northern Kentucky University. For 30 years I have worked as an economist for a variety of clients including the U.S. Department of Justice, the U.S. Environmental Protection Agency, the U.S. Department of the Interior, the States of Ohio, California, and Alaska, citizen groups and private industry. I have been qualified as an expert in Federal court in financial and economic matters many times. A copy of my resume with a listing of federal testimony is attached as Exhibit 1.

3. Plaintiffs' counsel asked me to adjust to 2010/11 the *Laffey* Matrix of rates for legal services in the Washington DC area. To accomplish this I applied a specific legal services price index to the most recent survey of *Laffey* Matrix rates for the Washington DC area. My opinions about the appropriate way to adjust the *Laffey* Matrix are stated to a reasonable degree of certainty under the standards of my profession.

4. I first adjusted the *Laffey* Matrix in *Oscar Salazar, et al., v. The District of Columbia et al.,* Civil No. 93-452 (GK) before Judge Kessler. That decision, which uses the analysis I prepared, is reported at 123 F. Supp. 2d 8 (D.D.C. 2000). ). A Memorandum

       Opinion reaffirming the use of the method I use is found at *Oscar Salazar et al., v. The District of Columbia et al.*, 1:93-cv-00452-GK Document 1680, 01/04/11. I have prepared declarations in several other cases. Although I do not maintain a complete list of all my work, I do know my analysis was also adopted in the cases of *Interfaith Community Organization v. Honeywell*, 336 F.Supp.2d 370 (D.N.J. 2004) and *PIRG v. Magnesium Elecktron, Inc.* Civil No 89-3193, Slip Op. 2, 10 (D.N.J. Dec. 28, 1995) vacated on other grounds 123 F.3d 111 (3d Cir. 1997).[1]

5.    *Laffey* Matrix rates are used in the application of the "lodestar" method to determine fee awards. The lodestar method is a straightforward and simple way to determine a fee award. The lodestar method sorts the number of hours that were reasonably expended on the civil action into categories that reflect differing levels of legal experience. It multiplies the number of hours in each category by hourly billing rates for each labor category. An adjusted *Laffey* Matrix provides a schedule of hourly billing rates for the Washington DC area for the specified labor categories.[2]

6.    The matrix is called the "*Laffey* Matrix" because the District Court for the District of Columbia adopted it in 1982 in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), affirmed in part, reversed in part on other grounds, 746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985). In 1989 the *Laffey* Matrix was updated with a new survey of rates in the Washington DC area in connection with *Save Our Cumberland Mountains v. Hodel.* 857 F.2d 1516 (D.C. Cir. 1988) (en banc). The 1989 rate survey is described in the declaration of Joseph Yablonski submitted in the case of *Broderick v. Ruder*, D.C. Civil No. 86-1824 (Pratt, J.). Mr. Yablonski's survey is recognized as an appropriate basis for updating *Laffey* rates.[3]

---

[1] I did not participate in: Yasdani v. Access ATM 474 F.Supp. 2nd 134, 138 (D.D.C. 2007)   (Facciola, M.J.); Muldrow v. Re-Direct, Inc., 397 F Supp 2nd 1, 2-4, & n.3 (D.D.C 2005) (Huvelle, J.) or McDowell v. District of Columbia 2006 U.S. Dist. LEXIS 46371 (D.D.C.2006)

[2] The labor categories are: (1) attorney with more than 20 years of experience; (2) attorney with 11 to 19 years of experience; (3) attorney with 8 to 10 years of experience; (4) attorney with 4 to 7 years of experience; (5) attorney with 1 to 3 years of experience, and; (6) paralegal or law clerk.

[3] *See, e.g., Salazar v. The District of Columbia*, 123 F. Supp. 2d at 13, citing, Sexcius v. District Columbia, 839 F.Supp. 919, 924 (D.D.C.1993); Trout v. Ball, 705 F.Supp. 705, 709, n. 10 (D.D.C.1989). It expressly approves use of the Yablonski declaration from the *Broderick* case to support of a fee petition; Palmer v. Barry, 704 F.Supp. 296, 298 (D.D.C.1989).

7. I adjust the 1989 *Laffey* Matrix with an index specific to legal services. Specifically, I use The Legal Services Index. It is a component of the Consumer Price Index (CPI). It is constructed by The United States Department of Labor, Bureau of Labor Statistics (BLS) using the same standards and principles that BLS uses when it constructs all of its statistical products. It uses observations from the nation including observations from the Washington D.C., area. The legal services index measures the fees charged for providing specific legal services such as preparing a brief, attending a deposition and representing parties in civil proceedings. The legal service index does not and cannot include the fees charged for every service rendered by lawyers. The large size and complexity of the U.S. economy makes impossible including every price in the economy in an index.

8. In my opinion applying an index specific to legal services to the most recent survey of *Laffey* billing rates is the proper way to adjust a *Laffey* matrix and thereby provide an accurate estimate of current billing rates by labor category.

9. I update the *Laffey* matrix from 1988-1989 to 2010-2011 by calculating the change in the Legal Services component of the Consumer Price Index and apply the change to arrive at an estimate for the next year. The process is repeated. A chain of estimates results with each year's estimate linked to the proceeding year's figure by the change in the price index. This is an appropriate and common use of index numbers.

10. The procedure is as follows. First, I obtain monthly data for the legal service component of the CPI maintained by BLS and compute the annual change measured at midyear.[4] Second, I apply the annual change to the 1989 *Laffey* matrix rates for each labor category. This provides an hourly rate for each of the six labor categories for each year since 1989. The results for June 1, 2010 to May 31, 2011 are in the table below. The matrix is attached as Exhibit 2.

---

[4] The 1989 survey stated rates as of June 1989. See Yablonski Declaration in *Broderick v. Ruder*, D.C. Civil No. 86-1824 (Pratt, J.) at ¶4.

| Yrs from Law School | June-2009–May 2010 |
|---|---|
| 20+ | 709 |
| 11-19 | 589 |
| 8-10 | 522 |
| 4-7 | 361 |
| 1-3 | 294 |
| Paralegal | 161 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2011.

MICHAEL KAVANAUGH, PhD

**Exhibit 1**

**MICHAEL KAVANAUGH**
**Research Economist**
Voice/Fax 808 985 7031
E-mail:  M.Kavanaugh@att.net

P.O. Box 1228
19-4231 Road E
Volcano, Hawaii 96785

**PRESENT POSITION:** Private Practice since 1985

**PREVIOUS POSITIONS**:
- Senior Economist, ICF Incorporated, 1983-85, Washington DC
- Research Director, Public Interest Economics, 1976-1983, Washington DC and San Francisco, CA
- Assistant Professor, Northern Kentucky University, 1975-76

**EDUCATION**:
- Ph.D., Economics, University of Cincinnati, 1975
- BA. Economics, Xavier University, 1970

**EXPERIENCE**
Dr. Kavanaugh is:
- An independent research economist with many years of experience;
- A national expert in the economic aspects of environmental enforcement and policies for municipal and industrial pollutions sources;
- Experienced in damage assessments to residential and commercial enterprises;
- Experienced in natural resource damage assessments and regional economic impact assessment; and,
- An author of groundwater management and climate change papers.

Short descriptions of selected projects follow.

**ECONOMICS & FINANCE**

Applied economics to many of the environmental changes of the last thirty years including:
- Estimating the ability of defendants to pay a penalty and the financial effects of penalties in enforcement cases;
- Estimating the benefits of cleaner beaches and rivers;
- Developing methods to determine the effects of water quality policies on agricultural output, employment and income;
- Developing methods to estimate the benefits of preserving groundwater quality;

1

- Advised on the adequacy of financial assurance mechanisms;
- Estimating expected and realized benefits of irrigation projects; and,
- Critiquing efforts to regulate effluents from several industries.

Designed and used financial after-tax, cash flow models to:
- Measure the ability to pay a penalty and the effects of penalties on financial position;
- Estimate the benefit gained by entities that violate law and regulation; and,
- Estimate the burden on the residential sector from municipal compliance with law and regulation.

Provided expert economic and litigation support services to the United States (and others) in Clean Water Act, Clean Air Act, Superfund, RCRA and groundwater quality cases.

*Exxon Valdez* – Estimated the employment and income effects from spending the civil settlement. The work involved characterizing the options in the restoration plan in term of input/output models.

**Natural resource damage assessments**

- Ohio River – valued public resource damages from spills from tugs and barges. The work combined results from Natural Resource Damage Assessment models, studies of the costs of reducing risks to drinking water, and restoration costs.
- Kailua Beach State Park – valued a three-mile beach based on recreational use and estimated the damage from wastewater treatment plant effluent. The work involved reviewing, updating and synthesizing a variety of studies that valued recreation.
- Florida Beaches – valued beach closures from pollution at several beaches. The work involved extensive use of the Natural Resource Damage Assessment models for coastal and marine environments.
- Advised environmental groups on the use of contingent valuation to value natural resource damages and commented on the Federal Register notice on the use of contingent valuation to value damage

**Energy & Environment**

- Conducted several analyses of U.S. energy industry to estimate current and future production in wetlands and in the artic.
- Estimated consequences of oil and gas leasing in the North Aleutian Basin.
- Estimated the cost effectiveness of technologies to control produced water discharges in wetlands,
- Estimated the impact of produced water controls on production, royalties and returns from coal bed methane production.

2

- Estimated the change in rates needed to pay for adopting cooling water intake controls at a nuclear power plant.
- Advised environmental groups on methods to fund the WV acid mine drainage reclamation fund.
- Design team member to size and fund the Superfund.
- Estimated onshore economic impacts of outer continental shelf oil and gas development in California
- Examined the efficiency and equity of federal leasing policies for oil and gas on public lands

**Global Climate**

- Estimated current and future greenhouse gas emissions by fuel, sector and region. The work involved estimating long-term energy using an economic model based on prices, income and combustion technology.
- Estimated greenhouse gas emissions by jets at altitude by region and the change in emissions from adopting advanced jet technology.
- Modeled current and future emission from the US automobile fleet under various assumptions about future fuel efficiency.
- Analyzed the benefits of substituting hydrocarbon propellants for CFC propellants in aerosol products. The results showed the same level of consumer satisfaction could be obtained without CFCs and without increasing prices.

**SELECTED PUBLICATIONS**

"Fuel economies available from ultrahigh bypass jet engines' in Cost estimates of measures available to reduce US, greenhouse gas emissions by 2010. ICF, Washington D.C. 1990.

"End—use efficiency and NOx emissions in aviation'. In S. Meyers, Ed. Energy efficiency and structural change: Implications for the Greenhouse problem. Lawrence Berkeley laboratory, Berkeley 1990

Estimates of future CO, N20 and NOx emissions from energy combustion, Atmospheric Environment, March 1987

Tropospheric CH4/CD/NOx: The next 50 years. Co—author with Anne M. Thompson. UNEP/USEPA International Ozone conference, 1986

Eliminating CFCs from aerosol uses: the U.S. experience and its applicability to other nations. U.S. Environmental Protection Agency, Washington, February 1986.

The 1983 world oil surplus: some implications for OCS leasing. Prepared for the U.S. House Subcommittee on the Panama Canal/OCS Washington, April 1983.

The effect of OCS leasing schedules and procedures on fair market value Paper presented to the Western Economic Association, Seattle July 1983.

Efficient strategies for preserving groundwater quality, with Rob Wolcott U.S. Environmental Protection Agency, May 1992.

Exclusive territorial distributorships and consumer welfare: the case of beer. Food Marketing Institute, Washington D.C. 1982.

The Great Giveaway, with others, Sierra Club, October 1982.

The public benefits of the proposed Union Pacific, Missouri Pacific, Western Pacific consolidation, Interstate Commerce Commission, August 1981.

Regional economic impacts of OCS oil and gas development, with Susan Little and Rob Wolcott. Governor's Office of Planning and Research, California, November 1976.

**Federal Court Trial Testimony Since 1/91**

NRDC v. Texaco — Wilmington - 2/91, 88—263—JRR
U.S. v. City of San Diego — San Diego — 2/91, 88—1101—B(IEG)

SCLDF v. City/County of Honolulu — Honolulu - 1/93, 90—00218—HMF
Friends of Earth v Laidlaw — Columbia SC — 11/93, DSC 3—92-1697—17

PIRG v, MEl - Newark — 1/94, DNJ 89—3193

Friends of Earth v Laidlaw — Columbia SC — 7/95, DSC 3—92—1697—17
Friends of Earth v. Gaston Recycling 7/95, DSC 3—92—2574—0

PIRG v, Hercules — Camden NJ — 2/97, DNJ 89—2291

U.S. v. Rapanos et al. — Detroit MI — 10/2000, 94—CV—70788DT

PIRG v. Rahway — Rahway NJ — 4/2001, UNN—L—163—98

Sierra Club v. Colorado Springs – Denver Colorado – 1/2008, 05-CV-1994-WDM-BNB

American Canoe Association, Inc., et al. v. Louisa Water and Sewer Commission – Ashland KY. 7/2009, 01-cv-00099-ART

Ohio Valley Environmental Coalition, et al. v. Apogee Coal Company LLC – Huntington WV. 8/2010, 3:07-cv-00413-RCC

**Deposition Testimony since 1/91**

U.S. v. San Diego 1/91, 2/91, 88—l101—B(IEG)
SCLDF v. C&C Honolulu (Sand Island) 2/91, 90-00219 ACK
U.S. v. Louisiana Pacific & Simpson Paper 4/91, C—87—0567—MHF
PIRG v. Hercules 7/91, DNJ 99—2291
U.S. v. Corning 9/91, 3:CV—90—207

NRDC v. Total Petroleum 5/92
PIRG v. Witco 5/92, DNJ 89—3146
Hawaii's Thousand Friends v. C&C Honolulu (Honouliuli) 6/92, 90—00218- HMF
PIRG v. Circuit Foil 12/92, DNJ 89—5371

Arkansas Wildlife Fed v. Hudson Food 5/93
U.S. v. Lawrence County 5/93, C—l—91—302
PIRG v. Essex County 6/93, DNJ 92—4465

TN. Environmental Council v. Dana 4/94, 1—92-0074

Friends of the Earth v. Gaston Recycling 1/95, DSC 3—92—2574—0
Stevens v. McGinnis, Inc., et al, 2/95, C—l—93—442
Save Our Beaches v. C&C Honolulu (Kaneohe/Kailua) 3/95, 92—00263 DAE

City of Independence, Mo. v. Amoco 8/96
California Sport Fishing Alliance v. El Dorado 9/96, CV—S—95—699

SF Bay Keeper v. Dow Chemical Co., 9/98, C97—0l988
American Canoe Association v. Green Valley—Greenwood PSD, City of St. Albans and Dunbar PSD, WVA 10/98, 97—0949

Interfaith Community Organization v. Shinn et al., 2/00, 93—4774, 94—3434, 9 4—37 93
U.S. v. Rapanos et al., 9/00, 94—CV—70788DT
American Littoral Society v. Rahway Valley Sewerage Authority 10/00, UNN 163—9 8

American Canoe Association v. WASA 4/02, 1:99cv02798(HHK)
U.S. et al. v. Hamilton County 4/03, 1—02—107

Northern Plains Resource Council v. Fidelity Exploration and Production Company 7/04 CV 00-105-BLG-SHE

Adams et al. v. Teck Cominco Alaska Inc., 2/05, A04-49 CV (JWS)

5

In re: Flood Litigation (1/06), CV 02-C-797, Upper Guyandotte Watershed (Judge Hutchison)
Pierre Hodgins v. Carlisle Engineered Products, Inc. (1/06), 1:02CV1454
Office of the District Attorney 10th Judicial District of Colorado et al. v. Colorado Springs Utility (8/06) CV-019994-WBM-BDD

Assoc. of Irritated Residents v. C&R Vanderham Dairy, et al. (6/07) 1:05-CV-01593-OWW-SMS

Assoc. of Irritated Residents v. South Lakes Dairy, et al. (2/08) 1:05-CV-01593-OWW-SMS 1:05-CV-00707-OWW-SMS
American Canoe Association et al. v. City of Louisa Water and Sewer Commission et al., (3/08), 01-99
Humboldt Bay Keeper et al. v. Union Pacific Railroad et al. (5/08) C 06-02560 JSW WDB

New Jersey Municipal Authorities et al. v. Honeywell International et al. (9/09) 05-5955 DMC

Ohio Valley Environmental Coalition, et al. v. Apogee Coal Company LLC– (8/10) 3:07-cv-00413-RCC

Ohio Valley Environmental Coalition, et al. v. Massey Energy (4/11) 3:07-cv-00836-RCC

6

Exibit 2

| Years from Law School | | 1989–1990 | 1990–1991 | 1991–1992 | 1992–1993 | Adjusted Laffey Matrix 1993–1994 | 1994–1995 | 1995–1996 | 1996–1997 | 1997–1998 | 1998–1999 | 1999–2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20+ | 265 | 284 | 306 | 320 | 336 | 355 | 363 | 375 | 389 | 406 | 424 | 444 |
| 11 to 19 | 220 | 235 | 254 | 265 | 279 | 294 | 301 | 311 | 323 | 337 | 352 | 369 |
| 8 to 10 | 195 | 209 | 225 | 235 | 247 | 261 | 267 | 276 | 287 | 299 | 312 | 327 |
| 4 to 7 | 135 | 144 | 156 | 163 | 171 | 181 | 185 | 191 | 198 | 207 | 216 | 226 |
| 1 to 3 | 110 | 118 | 127 | 133 | 139 | 147 | 151 | 155 | 162 | 168 | 176 | 184 |
| paralegal | 60 | 64 | 69 | 72 | 76 | 80 | 82 | 85 | 88 | 92 | 96 | 101 |
| Adjustment factor | | 1.0700 | 1.0794 | 1.0445 | 1.0511 | 1.0552 | 1.0237 | 1.0320 | 1.0396 | 1.0419 | 1.0439 | 1.0491 |

Adjusted Laffey Matrix

| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| | | | | | | | | | | | *Years from Law School* |
| 468 | 487 | 522 | 549 | 574 | 598 | 614 | 645 | 671 | 686 | 709 | 20+ |
| 388 | 404 | 434 | 456 | 476 | 497 | 509 | 536 | 557 | 569 | 589 | 11 to 19 |
| 344 | 358 | 384 | 404 | 422 | 440 | 452 | 475 | 494 | 505 | 522 | 8 to 10 |
| 238 | 248 | 266 | 280 | 292 | 305 | 313 | 329 | 342 | 349 | 361 | 4 to 7 |
| 194 | 202 | 217 | 228 | 238 | 248 | 255 | 268 | 279 | 285 | 294 | 1 to 3 |
| 106 | 110 | 118 | 124 | 130 | 135 | 139 | 146 | 152 | 155 | 161 | paralegal |
| 1.0529 | 1.0407 | 1.0727 | 1.0507 | 1.0455 | 1.0427 | 1.0256 | 1.0516 | 1.0399 | 1.0220 | 1.0337 | |