THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA BROOKS, )<br>　　　　　　　　　　　Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>　　　　　　　　　　　Defendant. )<br>) | Civil Action No. 10-913 (BAH)(JMF) |

### VERIFIED STATEMENT OF NICHOLAS OSTREM

I, Nicholas Ostrem, declare under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct:

1. That I am over 18 years of age and competent to testify regarding the matters described herein.

2. I am admitted to the bars of the District of Columbia, and the United States District Court for the District of Columbia, having been so admitted in December 2009 and May 2011, respectively.

3. From December 2008 until March 2009, and again from May 2009 until August 2010, I was employed with the law firm of Tyrka & Associates, LLC, where I worked in the area of special education.

4. From April 2009 until August 2010, I was also employed sporadically with the Law Offices of Charles Moran, where I worked in the area of special education.

5. From August 2011 until the present, I have been employed at James E. Brown & Associates, PLLC ("Brown & Associates") as an Associate Attorney.

6. I have practiced almost exclusively in the area of special education law since December 2008, and in my conservative judgment, I estimate I have litigated—or

assisted in litigating—well over 300 cases in that span of time. I have also assisted in the representation of families of children of special needs at the appellate level as well. More than ninety-nine percent (99%) of my practice is dedicated solely to matters involving special education.

7. Brown & Associates is a law firm in the District of Columbia that practices exclusively in the area of special education.

8. Since 2001, Brown & Associates has been the largest firm in the District whose practice is solely special education.

9. Since 2001, DCPS has routinely failed to timely process and/or pay the invoices submitted by Brown & Associates, often times failing to process and/or make payment on them at all.

10. As a result of DCPS' failure to process and/or pay Brown & Associates' invoices, Brown & Associates currently has 14 separate cases in U.S. District Court, representing 369 individual invoices.

11. As a result of DCPS' failure to process and/or pay Brown & Associates' invoices, Brown & Associates intends to file several additional cases in U.S. District Court, representing hundreds of individual invoices.

12. As a result of DCPS' historical failure to process and/or pay Brown & Associates' invoices, Brown & Associates is considering filing all future cases in U.S. District and D.C. Superior Court, and ceasing the submission of invoices to DCPS all-together.

13. For no known reason, in February 2012 DCPS stopped processing and/or paying all invoices submitted by Brown & Associates.

invoices submitted by Brown & Associates.

14. As a result of DCPS' decision to stop processing and/or paying Brown & Associates' invoices in February 2012, Brown & Associates was forced to file and/or prepare to file 651 individual cases in D.C. Superior Court.

15. As a result of DCPS' decision to stop processing and/or paying Brown & Associates' invoices, Brown & Associates was forced to lay off 22 people in April 2012, which was more than 2/3 of the staff.

16. In April 2012, Brown & Associates actively represented more than 800 clients in regards to their children's special education needs.

17. As a result of DCPS' decision to stop processing and/or paying Brown & Associates' invoices, and the reduction in staff that ensued, Brown & Associates has lost more than half of our clients since April 2012.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Nicholas Ostrem, Esq.

Executed on 9/14/2012

3