THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.T.** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 19-989 |
| | ) (BAH) |
| **DISTRICT OF COLUMBIA** | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Upon consideration of the Plaintiff's Motion for Attorneys' Fees and Costs and any opposition thereto, it is this _____ day of _____, 20___,

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that Defendant shall pay Plaintiff's counsel $198,516.70 within 30 days. For every delay in payment of one month or part thereof, Defendant shall pay Plaintiff's counsel an additional $2,000.00.

 

Beryl A. Howell
United States District Judge